UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO A. CASTANEDA CASTILLO,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>    Defendant. | CASE NO. CV 15-4080-AGR<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that judgment is entered dismissing this action without prejudice for failure to prosecute.

DATED: June 23, 2016

           *Alicia G. Rosenberg*
          ALICIA G. ROSENBERG
         United States Magistrate Judge